■

**T.R.**

v.

**A.H.,**

**Appeal of: T.R.**

**166 MDA 2017**

Superior Court of Pennsylvania.

09/15/2017

14–20382
(Berks)
Quashed

■

**COM.**

v.

**SOUFFRANT, K.**

**217 MDA 2017**

Superior Court of Pennsylvania.

09/15/2017

CP–36–CR–0002313–2013,    CP–36–CR–0002314–2013 (Lancaster)

Affirmed

■

**S.A.R.**

v.

**D.C.R.**

**415 MDA 2017**

Superior Court of Pennsylvania.

09/15/2017

2011–2240 (Franklin)
Affirmed

■

**COM.**

v.

**MCLAUGHLIN, C.**

**470 MDA 2017**

Superior Court of Pennsylvania.

09/15/2017

CP–14–MD–0000278–2017 (Centre)
Affirmed

■

**IN RE: ADOPTION OF: A.G.R.,**

**Appeal of: J.R.**

**667 MDA 2017**

Superior Court of Pennsylvania.

09/15/2017

A–8408 (Luzerne)
Vacated/Remanded